# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Edith S. Reed | : | Case No.  10-63656 |
| | : | Chapter 13 |
| Debtor(s) | : | Judge Caldwell |

## NOTIFICATION OF NEW ADDRESS OF DEBTOR(S)

Attorney, W. Mark Jump, hereby notifies the court of the above referenced

Debtor (s) new address:

2369 North Browncliff Lane
Bloomington, IN  47408

/s/W. Mark Jump
W. Mark Jump (0062837)
*Attorney for Debtors*
Jump Legal Group
2130 Arlington Avenue
Columbus, OH 43221

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 15, 2016 a copy of the foregoing Notification of New Address was served on the following registered ECF participants, electronically, through the court's ECF system at the email address registered with the court or via ordinary US mail:

<u>/s/W. Mark Jump</u>
W. Mark Jump (0062837)
*Attorney for Debtors*
Jump Legal Group
2130 Arlington Avenue
Columbus, OH 43221

<u>Served Electronically</u>:

Frank M. Pees, Chapter 13 Trustee

Office of the US Trustee